United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRAPER FISHER JURVETSON MANAGEMENT, LLC, a California Limited Liability Company, and TIMOTHY C. DRAPER, an individual,<br><br>  Plaintiffs and Counterdefendant,<br><br>  v.<br><br>U.S. CAR MARKET INC., a Delaware corporation,<br><br>  Defendant and Counterplaintiff. | No. C 06-02591 WHA<br><br>**ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The Court hereby **GRANTS** the parties' stipulation to continue the case management conference to **AUGUST 17, 2006, AT 11:00 A.M.**  Please file a joint case management statement no later than August 10, 2006.

**PLEASE NOTE THERE WILL BE NO FURTHER CONTINUANCES.**

**IT IS SO ORDERED.**

Dated: July 17, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE