MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (BAR NO. CA 085713)
E-mail: rkatz@manatt.com
CHRISTOPHER L. WANGER (BAR NO. CA 164751)
E-mail: cwanger@manatt.com
JEFFREY J. LOKEY (BAR NO. CA 200825)
E-mail: jlokey@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

Attorneys for Plaintiffs and Counterdefendants,
DRAPER FISHER JURVETSON MANAGEMENT, LLC
AND TIMOTHY C. DRAPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DRAPER FISHER JURVETSON MANAGEMENT, LLC, a California Limited Liability Company and TIMOTHY C. DRAPER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. CAR MARKET, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 06-2591-WHA<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in Court-sponsored mediation (ADR L.R. 6).

Plaintiffs believe that the material facts in this matter are largely undisputed and that this case may be resolved on summary judgment. Plaintiffs also believe that the case cannot be resolved through ADR prior to a ruling on their contemplated motion for summary judgment.

Given these circumstances, the parties therefore request that a mediation take place within 45 days of the Court's Order on the summary judgment motion.

Dated: June 29, 2006         MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Christopher L. Wanger
     Christopher L. Wanger
     *Attorneys for Plaintiffs and Counterdefendants,*
     DRAPER FISHER JURVETSON
     MANAGEMENT, LLC &
     TIMOTHY C. DRAPER

Dated: June 29, 2006         ADDISON & DELANO, P.A.

By: /s/ Caryl E. Delano
     Caryl E. Delano
     *Attorneys for Defendant and Counterclaimant,*
     U.S. CAR MARKET, INC.

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Christopher L. Wanger hereby attests that concurrence in the filing of this document has been obtained*

# [~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the above-captioned matter is hereby referred to mediation. The deadline for such mediation is 45 days following the Court's Order(s) on the Plaintiffs' summary judgment motions.

IT IS SO ORDERED.

Dated: August 2, 2006

HON. WILLIAM H. ALSUP
United States District Court Judge

20160898.1